*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


# MEMORANDUM OPINION

No. 04-10-00897-CR

**IN RE** Juan Carlos **DIAZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed: January 12, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On December 20, 2010, relator Juan Carlos Diaz filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

Additionally, relator filed an Application for Leave to File Petition for Writ of Mandamus. No leave is required to file a petition for writ of mandamus in this court. TEX. R. APP. P. 52. Therefore, relator's motion for leave to file is DENIED as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2009-CR-9555, styled *State of Texas v. Juan Carlos Diaz*, pending in the 187th Judicial District Court, Bexar County, Texas, the Honorable Raymond Angelini presiding.